**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **FARHI SAEED BIN MOHAMMED,** <u>**et**</u> <u>**al.**</u>, | : |
| | : |
| Petitioners, | : |
| | : |
| **v.** | : Civil Action No. 05-1347 (GK) |
| | : |
| **BARACK H. OBAMA**, <u>**et**</u> <u>**al.**</u>, | : |
| | : |
| Respondents. | : |

---

<u>ORDER</u>

Upon consideration of the fact that a Merits Hearing is scheduled in this case on May 27, 2009, it is hereby

**ORDERED**, that by **May 14, 2009, at 5:00 p.m.**, parties should file with the Court a numbered list of Joint Exhibits, along with a bound and tabbed copy of those exhibits.  They will be referred to as JE #__. This set of exhibits should include evidence that both parties expect will be referenced at the Merits Hearing.

In addition to this universe of key exhibits, each party shall submit a numbered list of those documents that will or might be referenced at the Hearing, along with a bound and tabbed copy of the documents.  The Government's exhibits will be referred to as GE #__, and Petitioner's as PE #__.  Should parties need to add exhibits after the Pre-Trial Conference, they must be submitted as

part of the GE or PE universe, and not as a supplement to the Joint

Exhibits.


                                                                      /s/

May 4, 2009                                  Gladys Kessler
                                             United States District Judge


Copies to: Attorneys of Record via ECF